SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: September 14, 2018

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BARRY D. HOWSE                                     CASE NO. 17-51686-KMS
DEBTOR                                                                      CHAPTER 7

## ORDER REGARDING ORDER REQUIRING PARTIES
## TO APPEAR AND SHOW CAUSE WHY GRANTEE SHOULD NOT BE JOINED

**THIS MATTER** is before the Court on the Court's *Order Requiring Parties to Appear and Show Cause Why Grantee Should Not Be Joined* (Dkt. # 103), in which the Court directed Business Property Lending, Inc. ("BPL") and Debtor Barry Howse (the "Debtor") to appear and show cause why Brandi Taylor should not be joined as a required party in the pending contested matter concerning *Business Property Lending's Objection to Exemptions* (Dkt. # 87, the "Objection to Exemptions"). The Court, having considered the record herein, being advised that BPL, the Chapter 7 Trustee, and the Debtor do not substantively oppose the relief set forth in this Order, and being otherwise fully advised in the premises, finds that the relief set forth in this Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Brandi Taylor and Community Bank shall be, and they hereby are, joined as required parties in the Objection to Exemptions contested matter.

**##END OF ORDER##**

**APPROVED AS TO FORM BY:**

 /s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Shauncey G. Hunter, MSB No. 105189
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
*Counsel for BPL*

/s/ Derek A. Henderson
Derek A. Henderson, MSB No. 2260
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com
*Chapter 7 Trustee*

/s/ Allen Flowers
Allen Flowers, MSB No. 7494
341 N. 25th Avenue
Hattiesburg, MS 39401
601-583-9300
*Counsel for the Debtor*

2