Form hn002kms (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Barry D Howse

        DEBTOR.

CASE NO. 17−51686−KMS

CHAPTER 7

## NOTICE OF HEARING AND DEADLINES

    Business Property Lending, Inc. has filed an Amended Objection to the Debtor's Claimed Homestead Exemption (the "Amended Objection") (Dkt. #108) with the Court in the above−styled case.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on October 25, 2018, at 09:30 AM in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Amended Objection.

    If you do not want the Court to grant the Amended Objection, or if you want the Court to consider your views on the Amended Objection , you or your attorney must file a written response explaining your position so that the Court receives it on or before October 18, 2018. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Amended Objection. If no response is filed, the Court may consider the Amended Objection and enter an order granting relief before the hearing date.

Dated: 9/25/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

Barry D. Howse, Debtor

Allen Flowers, Esq.

Derek A. Henderson, Trustee

Office of the US Trustee

Brandi Howse Taylor

Community Bank, Creditor

Robert A. Byrd, Esq.

Christopher H. Meredith, Esq.